UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> ENIS MUSTAFA, <br>                      Defendant. | No. 16-cr-55-5 (RJS) <br><br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear for Defendant's sentencing on Thursday, January 19, 2023 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  IT IS FURTHER ORDERED THAT Defendant shall submit his sentencing submission by January 5, 2023, and the government shall submit its sentencing submission by January 12, 2023.

SO ORDERED.

Dated:      October 20, 2022
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation