UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ENIS MUSTAFA,<br>                            Defendant. | No. 16-cr-55-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Because Defendant waived indictment in open court on November 17, 2016, IT IS HEREBY ORDERED THAT the Superseding Information (S3) shall be unsealed. The Clerk of Court is respectfully directed to file the Superseding Information (S3) on the public docket.

SO ORDERED.

Dated:    March 3, 2023
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation