UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ENIS MUSTAFA,

Defendant.

No. 16-cr-55-5 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's June 26, 2023 sealed letter (the "Letter") proposing redactions to the government's substantial assistance motion and the sentencing transcript, both of which are currently sealed. Because the Court agrees with the parties that public disclosure of the details concerning Mustafa's cooperation would pose a potential danger to Mustafa's personal safety, the Court concludes that the presumption in favor of open records has been overcome and that the proposed redactions are justified. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the parties shall file the redacted versions of the government's substantial assistance motion and the sentencing transcript on the docket.

SO ORDERED.

Dated:   June 26, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation