UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ENIS MUSTAFA,

               Supervisee.

No. 16-cr-55-5 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Mr. Mustafa's supervised release are modified to require his participation in an outpatient drug treatment program approved by the U.S. Probation Office. The condition is set forth as follows: Supervisee shall participate in an outpatient drug treatment program approved by the U.S. Probation Office. Supervisee shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the U.S. Probation Office's Sliding Scale for Substance Abuse Treatment Services and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid. Supervisee shall disclose all financial information and documents to the U.S. Probation Office to assess his or her ability to pay. Supervisee shall not consume any alcohol or other intoxicants during and after treatment, unless granted a prescription by a licensed physician and proof of same is provided to the U.S. Probation Office. Supervisee shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol.

SO ORDERED.

Dated:    August 31, 2023
            New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES CIRCUIT JUDGE
                                                     Sitting by Designation