UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 16-cr-55-5 (RJS) |
| ENIS MUSTAFA, | ORDER |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, January 9, 2024, at 10:00 a.m., in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, to discuss Supervisee's alleged violation of the terms of his supervised release.

SO ORDERED.

Dated:   December 21, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation