UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ENIS MUSTAFA,<br>　　　　　　　　　Supervisee. | No. 16-cr-55-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, January 9, 2024, at 10:00 a.m., in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, to discuss Supervisee's alleged violation of the terms of his supervised release.

SO ORDERED.

Dated:　　January 9, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　Sitting by Designation