UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ENIS MUSTAFA,<br>                    Supervisee. | No. 16-cr-55-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Enis Mustafa's supervised release are modified to include the following special conditions: Supervisee shall complete inpatient substance abuse treatment at facilities approved by the Probation Department for a period of three (3) months, with the possibility of an extension for three (3) additional months depending upon Supervisee's progress.  Supervisee shall complete the first thirty-three (33) days of inpatient treatment at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, NY 11366, and the remaining period of inpatient treatment at the Samaritan Village Van Wyck Residential Treatment Program located at 88-83 Van Wyck Expy, Queens, NY 11435.  Treatment may include testing to determine whether Mr. Mustafa has reverted to the use of controlled substances.  Mr. Mustafa shall continue to take any prescribed medications unless otherwise instructed by his healthcare or treatment provider.  Mr. Mustafa shall contribute to the costs of services rendered based on his ability to pay and the availability of third-party payments.  The Court authorizes the release of available substance abuse and mental health evaluations and reports, including the presentence investigation report, from the Probation Department to the substance abuse treatment provider and vice versa.

IT IS FURTHER ORDERED THAT the violations of supervised release specified in the Probation Department's December 18, 2023 report are held in abeyance pending the results of Supervisee's inpatient treatment. Pursuant to 18 U.S.C. § 3583(i), the power of the Court to revoke supervised release and order Supervisee to serve a term of imprisonment "extends beyond the expiration of the term of supervised release for any period reasonably necessary for the adjudication of matters arising before its expiration."

SO ORDERED.

Dated:   January 9, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation