UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ENIS MUSTAFA,<br>           Supervisee. | No. 16-cr-55-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record at the hearing held January 9, 2024, IT IS HEREBY ORDERED that Natali Todd is appointed as counsel *nunc pro tunc* from December 8, 2023 to represent Enis Mustafa in the above-referenced matter, pursuant to 18 U.S.C. § 3006A.

SO ORDERED.

Dated:     April 15, 2024
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation